UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2014

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| CONRAD ALVIN BARRETT | § | 14 CR 043 |

## INDICTMENT

### COUNT ONE
(Title 18, U.S.C., Section 249)

On or about November 24, 2013, in the Southern District of Texas, defendant

**CONRAD ALVIN BARRETT**

willfully caused bodily injury to R.C. because of R.C.'s actual and perceived race and color.

In violation of Title 18, United States Code, Section 249 (a) (1).

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

By: _____
RUBEN R. PEREZ
Assistant United States Attorney

By: _____
Joe Magliolo
Assistant United States Attorney

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: _____
SAEED A. MODY
Trial Attorney, U. S. Department of Justice